**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Daniel D. Domenico**

Civil Action No. 1:26-cv-01107-DDD

GERSON IVAN RIVERA FERNANDEZ,

     Petitioner,

v.

WARDEN OF ICE AURORA CONTRACT DETENTION,

     Respondent.

---

## ORDER

---

This matter is before the Court upon its own motion.

Petitioner seeks habeas corpus relief under 28 U.S.C. § 2241 in the form of release from immigration custody or a prompt bond hearing. Doc. 7.

On May 28, 2026, Respondent filed a Response to Order to Show Cause, Doc. 18, arguing Petitioner is not entitled to release or a bond hearing because he is an applicant for admission subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A). Respondent also asserted in the Response that on May 8, 2026, after the Petition was filed, the immigration judge denied Petitioner's application for asylum and ordered him removed to Honduras. Doc. 18 at 3.

On June 23, 2026, Petitioner filed a reply. Doc. 19. Petitioner acknowledges that any appeal from the immigration judge's decision was due by June 8, 2026, but it is not clear whether Petitioner filed an appeal.

- 1 -

Based on these changed circumstances, it is **ORDERED** that:

Respondent must file a Supplemental Response by July 10, 2026 that addresses whether the immigration judge's May 8 order is a final order of removal, as well as the statutory authority for Petitioner's current detention; and

Petitioner may file a reply to the Supplemental Response within fourteen days after the Supplemental Response is filed.

DATED: July 6, 2026              BY THE COURT:

Daniel D. Domenico
Chief United States District Judge