**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01107-DDD

GERSON IVAN RIVERA FERNANDEZ,

     Petitioner,

v.

WARDEN OF ICE AURORA CONTRACT DETENTION,

     Respondent.

---

### FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Writ of Habeas Corpus entered by Chief United States District Judge Daniel D. Domenico on July 24, 2026, Doc. 23, it is

ORDERED that the Order to Show Cause, Doc. 8, is DISCHARGED. It is

FURTHER ORDERED that the Application for a Writ of Habeas Corpus, Doc. 7, is DENIED and DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the pending motion to stay removal, Doc. 15, is DENIED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondent and against Petitioner. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 24th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk